UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH NIGRO,<br>　　　　Plaintiff,<br>　　v.<br>AHERN RENTALS, INC.,<br>　　　　Defendant. | Case No. 18-cv-00285-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 41 |

The parties advise the Court that they have reached a full settlement of this matter. (Dkt. 41.) They expect to file for dismissal within 45 days. Accordingly, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within 45 days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of 45 days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED**.

Dated: July 3, 2019

_____
SALLIE KIM
United States Magistrate Judge